**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARKO BEY, | |
| Petitioner, | |
| v. | Civil Action No. 00-1155 (JAG) |
| MICHELLE R. RICCI, et al., | **ORDER** |
| Respondents. | **CLOSED** |

**GREENAWAY, JR., U.S.D.J.**

This matter having comes before this Court on the petition seeking the issuance of a writ of habeas corpus, filed by petitioner, Marko Bey ("Petitioner" or "Bey"), pursuant to 28 U.S.C. § 2254; and this Court having reviewed the parties' submissions, for the reasons stated in this Court's Opinion, and good cause appearing,

IT IS, on this 30th day of June, 2009

ORDERED that Bey's petition seeking the issuance of a writ of habeas corpus is DENIED; and it is

ORDERED that a copy of this Order be served on all parties within seven (7) days of the date of entry of this Order.

S/Joseph A. Greenaway, Jr.
JOSEPH A. GREENAWAY, JR., U.S.D.J.